## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| **DEREK LYONS, BRIDGETTE LEWIS, TIFFANIE LEWIS, BRYAN SCHULTZ, ANTHONY ALDEGUER, JOSHUA SMITH, JESSICA DOVE, and BRANDON MCKEY**, | Case No. 3:17-cv-00730-SI |
|  | **JUDGMENT** |
| Plaintiffs, |  |
| v. |  |
| **COLETTE PETERS, MIKE GOWER, OFFICER HELTON, DENNIS TIMMINS, RICK ANGELOZZI, BRIDGETTE AMSBERRY, BRANDON KELLY, BRIAN BELLEQUE, ROB PERSSON, ARLENE WHITNEY, JERI TAYLOR, STEVE BROWN, TIM CAUSEY, CHRISTINE POPOFF, KENT FANGER, and JOHN DOES 1-10, JANE DOES 1-10**, |  |
| Defendants. |  |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 22nd day of July, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge